July 8, 1983.

463 A.2d 29

Chapman Corp., Appellant v. Haynes, et al.

Baldwin Electric, Appellant v. Haynes, et al.

Submitted February 23, 1983. Eugene J. Julian, for appellants; Frank C. Carroll, for appellee.

Before SPAETH, BROSKY and MONTEMURO, JJ.

Order affirmed.